ANDREW F. BATISTICH, PLAINTIFF-RESPONDENT, v. MARTIN BRENNAN, *ET AL.*, DEFENDANTS-PETITIONERS.

*Mr. John J. Sheehy* for the petitioners.

*Mr. Andrew F. Batistich* and *Mr. E. Norman Wilson* for the respondent.

May 11, 1965. Denied.